UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ANTHONY WILLIAMS,

                Plaintiff,

v.

STEPHEN SINCLAIR, et al.,

                Defendants.

No. 3:19-CV-05185-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 4], and the underlying record.

(1)     The Report and Recommendation is **ADOPTED**.

(2)     Williams' Application to Proceed *in forma pauperis* [Dkt. # 1] is **DENIED**.

(3)     Williams is directed to pay the $400 filing fee within ***thirty (30) days*** of the date on which this Order is signed. Failure to timely submit the requisite filing fee will result in dismissal of this case without prejudice.

(4)     As Williams has incurred three strikes under 28 U.S.C. § 1915(g), the Court finds Plaintiff may not proceed on appeal with *in forma pauperis* status.

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1 The Clerk shall send copies of this Order to Williams' last known address and to
2 Magistrate Judge Christel.
3 IT IS SO ORDERED.
4 DATED this 2nd day of May, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2